**Order entered August 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01710-CR

**ERRINGTON CHARLES HATCH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-59284-K**

## ORDER

The Court **REINSTATES** the appeal.

On August 26, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. On August 27, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the August 26, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.


/s/      LANA MYERS
JUSTICE